IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDREA WILLIAMS,

                      Petitioner,                          ORDER

     v.                                            09-cv-204-slc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

                      Respondent.

---

Petitioner has filed a motion for reconsideration of this court's order entered April 9, 2009, granting his application for leave to proceed *in forma pauperis* on the condition that he prepay $2.39.  Petitioner states that he is unable to pay that amount because any money he receives gets applied by the institution to his legal loans and other financial obligations. Petitioner asks this court to either waive the fee, order the institution to distribute the funds from his release account, take the fee in monthly installments or, at the very least, give him until later than April 27, 2009 to pay the fee.  I will grant this last request.

ORDER

Petitioner's deadline for paying the partial filing fee of $2.39 is extended to May 18, 2009.

Entered this 16th day of April, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge