IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDREA WILLIAMS,

     Petitioner,         ORDER

v.                  09-cv-204-slc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

     Respondent.

---

  Petitioner has filed a second motion for reconsideration of this court's order entered April 9, 2009, granting his application for leave to proceed *in forma pauperis* on the condition that he prepay $2.39. Petitioner states that he is unable to pay that amount because any money he receives gets applied by the institution to his legal loans and other financial obligations, and his family is unable to pay the fee. Petitioner asks this court to either waive the fee, order the institution to distribute the funds from his release account or take the fee in monthly installments. Having considered petitioner's motion and the amount at stake, I will grant his motion and waive the fee.

ORDER

The court's order entered on April 9, 2009, granting petitioner's application for leave to proceed *in forma pauperis* on the condition that he prepay $2.39 is VACATED. Petitioner's request for leave to proceed *in forma pauperis* is GRANTED.

Entered this 29th day of May, 2009.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge