IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREA WILLIAMS,

    Petitioner,

                             JUDGMENT IN A CIVIL CASE

v.                                      Case No. 09-cv-204-slc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

    Respondent.

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus.

_____        3/8/10
Peter Oppeneer, Clerk of Court               Date