IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDREA WILLIAMS,

                Petitioner,

v.

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

                Respondent.

ORDER

09-cv-204-slc

---

Andrea Williams has filed a notice of appeal from this court's order and judgment entered March 8, 2010. Because petitioner has not paid the appellate filing and docketing fee, I presume that he seeks leave to proceed *in forma pauperis* on appeal. In a previous order, I determined that petitioner was indigent. Accordingly, petitioner may proceed *in forma pauperis* on appeal unless I certify that his appeal is not taken in good faith. Fed. R. App. P. 24(a). To find that his appeal is taken in good faith, I need find only that reasonable people would suppose the appeal has merit. *Walker v. O'Brien*, 216 F.3d 626, 631-32 (7th Cir. 2000). Even though this is a lower standard than that required for a certificate of appealability, I find that Williams is unable to meet it. There is simply no room to argue that the state court of appeals adjudicated his claims in an unreasonable manner.

ORDER

Pursuant to Fed. R. App. P. 24(a)(4), I certify that petitioner Andrea Williams's appeal is not taken in good faith. Pursuant to Fed. R. App. P. 24(a)(5), petitioner may ask the court of appeals for permission to proceed *in forma pauperis*.

Entered this 13th day of April, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge